# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Bryan Stewart

                              Plaintiff,

v.                                                  Case No.: 3:23–cv–50198
                                                    Honorable Philip G. Reinhard

Michael Johnson, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Motion hearing held on 07/18/24. A representative appeared on behalf of Dixon Correctional Center. For reasons stated in open court, Plaintiff's Motion for Order for a Rule to Show Cause and Appropriate Sanctions against Dixon Correctional Center [54] is denied. Dixon Correctional Center reported that it is in the process of reviewing the subpoenaed documents and tendering them to Plaintiff on a rolling basis. Dixon Correction Center is ordered to continue to do so. Additionally, Defendant's Motion to reset the Settlement Conference [59] is granted for reasons stated on the record. The settlement conference set for 07/22/24 at 9:30 a.m. is stricken and will be reset following resolution of the Dixon Correctional Center document production. The parties are directed to submit a joint status report by 08/01/24 updating the Court on the status of the Dixon Correctional Center document production. The Court will set further dates following receipt of the joint status report. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.