# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BRYAN STEWART,

                  Plaintiff,

v.

C/O MICHAEL JOHNSON BADGE # 7197, LT. GARY NOLAN, LT. RENE STEVENS, LT. JOSEPH CLARK #3663, QMHP SUSAN RICK, DR. SUSNJAR, Individually;

                  Defendants.

Case Number 23-cv-50198

Hon. Judge Philip G. Reinhard

Magistrate Judge Margaret J. Schneider

## JOINT STATUS REPORT

NOW COME the parties, by and through their respective counsel, and for their Joint Status Report pursuant to this Court's order on August 20, 2024, for an update on the status of Dixon Correctional Center Document Production of emails, state as follows:

1.      In response to Plaintiff's subpoena, IDOC Counsel Drake has produced four batches of emails. Plaintiff and his counsel have been impressed with the recent speed of her production in response to Plaintiff's subpoena for emails. The last batch was received on August 29, 2024. Counsel Drake informed Plaintiff that the last batch of emails files were "corrupted" and that she was working with her office to fix the files. She promised to give Plaintiff an update on her progress by September 6, 2024.

Respectfully submitted,

By: /s/ Brian M. Orozco.

1

Gregory E. Kulis & Associates, Ltd.
ATTORNEYS FOR PLAINTIFF:
Scott P. Granfeldt, Esq.
Brian M. Orozco, Esq.
Kenneth Y. Hurst, Esq.
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
sgranfeldt@kulislawltd.com
borozco@kulislawltd.com
ken@hurst.llc

By: ___/Manasseh A. Konadu/_____

ATTORNEY FOR MICHAEL JOHNSON,
GARY NOLAN, RENEE STEVENS, JOSEPH
CLARK, and SUBPOENA RESPONDENT
IDOC:
Manasseh A. Konadu
Office of the Illinois Attorney General
115 South LaSalle Street,
Chicago IL 60601
(773) 519-0801
Manasseh.konadu@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that the above **Joint Status Report** was filed on August 29, 2024 with the Northern District of Illinois ECF System, serving a copy on all parties.

/s/ Zoe Swenson
Zoe Swenson

2