UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRYAN STEWART, <br><br> Plaintiff, <br><br> v. <br><br> C/O MICHAEL JOHNSON BADGE # 7197, LT. GARY NOLAN, LT. RENE STEVENS, LT. JOSEPH CLARK #3663, QMHP SUSAN RICK, DR. SUSNJAR, Individually; <br><br> Defendants. | Case Number  23-cv-50198 <br><br> Hon.  Judge Pallmeyer |

**JOINT STATUS REPORT**

NOW COME the Plaintiff, Wexford Defendants, and IDOC Defendants, by and through their respective counsel, and for their Joint Status Report as ordered by the Court on September 16, 2024 (Dkt. 70), state as follows:

1. Plaintiff and the IDOC Defendants are engaged in settlement discussions and wish to have a settlement conference. However, both sides feel it is necessary to receive outstanding discovery pursuant to Plaintiff's outstanding subpoena to IDOC (the agency) before they can engage substantively with a settlement.

2. Except for subpoenas to third-parties, discovery in this case was stayed while Plaintiff and the IDOC Defendants pursued settlement discussions.  [ECF #49].  Plaintiff issued a subpoena to Dixon Correctional Center on August 5, 2024 asking for all emails from all named parties as well as all individuals who investigated the Plaintiff's sexual assault for a three week period of time that the Plaintiff complained of harassment by her rapist prior to the rape. Both the Plaintiff and IDOC Defendants agree that these emails could significantly inform settlement discussions.

1

3. IDOC legal counsel, Gwendolyn Drake, confirmed receipt of the subpoena on August 6, 2024. Plaintiff's counsel has followed up with counsel every other week since August 6, 2024 regarding the status of compliance. The last status by IDOC legal counsel was on September 30, 2024 when they indicated that they are still sorting through approximately 1500 emails but failed to give a definite time frame when they will ensure completion.

4. Plaintiff states the following: "Plaintiff's counsel is frustrated with the compliance by IDOC legal counsel to her outstanding subpoena. If IDOC (the agency) fails to give a more definite status of compliance by the end of business on October 7, 2024, Plaintiff plans on filing a Motion for an Order for a Rule to Show Cause against IDOC."

5. Plaintiff and the Wexford defendants exchanged and responded to written discovery prior to the stay on discovery. The Wexford defendants also obtained responses to the subpoenas they issued to third parties. Prior to the stay on discovery, the Wexford defendants had requested Plaintiff's deposition, but the parties agreed to wait until after Plaintiff and the IDOC Defendants exhausted settlement discussions and the stay was lifted. The Wexford defendants believe they will need to take approximately four or five depositions once fact discovery resumes.

Respectfully submitted,

By: /s/ Brian M. Orozco.
Gregory E. Kulis & Associates, Ltd.
ATTORNEYS FOR PLAINTIFF:
Scott P. Granfeldt, Esq.
Brian M. Orozco, Esq.
Kenneth Y. Hurst, Esq.
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)

By: /s/ Stephen J. Gorski

ATTORNEY FOR DEFENDANTS, DR. MIRELLA SUSNJAR and SUSAN RICK
Matthew H. Weller
Stephen J. Gorski
Joseph M. Ranvestel
CASSIDAY SCHADE LLP
973 Featherstone Rd., Suite 125
Rockford, IL 61107
Phone: 815-962-8301
Fax: 815-962-8401

sgranfeldt@kulislawltd.com  mweller@cassiday.com
borozco@kulislawltd.com  sgorski@cassiday.com
ken@hurst.llc  jranvestel@cassiday.com

By: /s/ *Manasseh Konadu*

ATTORNEY FOR MICHAEL JOHNSON, GARY NOLAN, RENEE STEVENS, JOSEPH CLARK:
Manasseh A. Konadu
Office of the Illinois Attorney General
115 S. La Salle St.
Chicago IL 60603
(773) 519-0801
Manasseh.konadu@ilag.gov
Counsel for IDOC Defendants

**CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that the above **Joint Status Report** was filed on October 3, 2024 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Brooklyn Mychalowych*
Brooklyn Mychalowych