UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Western Division

Bryan Stewart
                              Plaintiff,

v.                                                           Case No.: 3:23−cv−50198
                                                                       Honorable Rebecca R. Pallmeyer

Michael Johnson, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties report they are awaiting responses to a subpoena served on the Illinois Department of Corrections, and that IDOC has to date not complied, nor provided a date on which the requested documents will be produced. Absent full compliance with the subpoena by October 15, 2024, the court directs the Plaintiff to file a motion for a rule to show cause. A telephone conference status hearing is set for 11/7/2024 at 11:15 a.m. To join the telephone hearing, please dial (877) 336−1839 and enter access code: 6708061#. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.