IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BRYAN STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23 CV 50198 |
| | ) | |
| v. | ) | Honorable Philip G. Reinhard |
| | ) | Judge Presiding |
| C/O MICHAEL JOHNSON, et al., | ) | |
| | ) | Magistrate Judge Schneider |
| Defendants. | ) | |

**MOTION FOR AN ORDER OF RULE TO SHOW CAUSE AND ATTORNEY FEES AND APPROPRIATE SANCTIONS AGAINST DIXON CORRECTIONAL CENTER**

NOW COMES the Plaintiff, B. Stewart, by and through her counsel, Brian M. Orozco of Gregory E. Kulis and Associates, moving in favor of entry of an order of rule to show cause against Dixon Correctional Center. In support of said Motion, Plaintiff states AS FOLLOWS:

**BACKGROUND**

1) On October 8, 2024, Plaintiff sent a subpoena to Dixon Correctional Center (*See Exhibit A*). Sinc that time, the following requests have not been responded to:

   Request #2: Any documentation reflecting the name, email address, phone number and title of the keeper or author of such automated records, online receipts, written summaries or other documentation of the call referenced in the attached Informant Line CallExcelReport_04.16.2021(**Exhibit A**) as occurring on April 25th, 2021 at 16:29:11, as well as any document reflecting the phone number to which the attached calls would be made.

   Request # 3. Every single Informant Line Call Excel Report generated between the dates of March 1st, 2021 and April 30th, 2021.

   Request #5: Every single request form filed, issued, or written by Inmate B. Stewart M48657 from March 1st 2021 to April 30th, 2021.

   Request #6: Any documentation reflecting every employee employed in Internal Affairs or "I/A" during the period of April 16th, 2021 to April 30th 2021.

   Request #7: Any and all emails sent in reference or relation to the email attached as **Exhibit B**.

    Request #8: Any and all emails sent or received by Office Associate Amy Haley between April 16th 2021 to April 30th 2021.

    Request #9: Any and all emails sent in response to QMHP Susan Rick's Tuesday, April 23rd 2021 email, attached as **Exhibit D**.

2) The undersigned counsel sent emails on October 30, 2024 and November 19, 2024 regarding compliance with the 10/8/24 subpoena to multiple IDOC personnel. Everyone failed to respond to those emails.

3) The undersigned counsel followed up telephonically with multiple IDOC personnel and counsel for the IDOC Defendants from 12/2/24 to 12/4/24 regarding compliance to this subpoena. No excuse was given regarding non-compliance on requests 2, 3, and 6. In regards to request #5, Dixon verified that they did not have any requests from Plaintiff that were not related to PREA requests. However, they said that only Juana Lopez of the Intelligence Department for IDOC was able to respond to requests made by Plaintiff regarding PREA. And on December 4, 2024 Juana Lopez informed Plaintiff that she was not the person responsible for responding to this subpoena. These requests are for specific documents that are not voluminous and should be readily obtained. They are crucial for Plaintiff's deposition as well as her upcoming settlement conference in this case on February 7, 2025.

4) The undersigned counsel conferred with Gwendolyn Drake, IDOC In-House Counsel, regarding requests #7-9 involving the production of emails. The communications are attached as *Exhibit B* to this motion. To summarize, Plaintiff offered an extension of 30 days to respond to these requests. In response, Counsel Drake did not give a firm date that IDOC could comply with these requests. Plaintiff is extremely frustrated by this response considering that these emails should have already been compiled and propounded in response to Plaintiff's previous subpoenas asking for all emails to and from specific individuals with specific search

terms from March 1, 2021 to the present (Dkt. #54-55, 57, 61-67). The response to this particular subpoena should have occurred within the 21 days delineated in the subpoena, if not sooner. And these emails are crucial for Plaintiff's deposition as well as her upcoming settlement conference on February 7, 2025.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court issue the following relief:

1) Issue an Order of Rule to Show Cause against Dixon Correctional Center for failure to comply with Plaintiff's October 8, 2024 subpoena and order compliance with Plaintiff's outstanding subpoena by January 3, 2025.
2) Grant Plaintiff its fees and costs associated with bringing the Motion.

As well as whatever other such relief this Honorable Court deems necessary.

Dated: December 4th, 2024

Respectfully submitted,

*/s/ Brian Orozco*
**Counsel for Plaintiff**
**Gregory E. Kulis & Associates, Ltd**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**p. (312) 580-1830 / f. (312) 580-1839**
**e. borozco@kulislawltd.com**
**e. service@kulislawltd.com**

## **CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certifies that the above **Motion for an Order of Rule to Show Cause and for Fees and Costs Against Dixon Correctional Center** was filed on December 4, 2024 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Zoe Swenson*
Zoe Swenson