# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Western Division

Bryan Stewart

                    Plaintiff,

v.                                      Case No.: 3:23–cv–50198

                                              Honorable Rebecca R. Pallmeyer

Michael Johnson, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In–person motions hearing held. After oral argument and for the reasons stated on the record, Plaintiff's motions [78], [79], and [80] are granted in part and denied in part. The court will award attorneys fees incurred by Plaintiff's counsel in preparation of these motions, and invites counsel to file a petition setting forth those fees after compliance with this court's Local Rule 54.3(d). Motion to compel as against Dixon Correctional Center is granted: Defendants are directed, by January 10, 2025, to produce responses to Plaintiff's subpoenas for the period from March 17, 2021 through April 23, 2021. The court understands the production may consist of some 1800 e–mails; if they cannot be reviewed and redacted before January 10, 2025, Defendant is directed to produce them in unredacted form for Plaintiff's counsel's "attorney's–eyes–only" review. With respect to the materials relevant to the October 8, 2024 subpoena, IDOC will produce the requested documents by January 24, 2025. Again, if they cannot be produced in redacted form by that date, IDOC will produce them produce them in unredacted form for Plaintiff's counsel's "attorney's–eyes–only" review. The status hearing now set for January 6, 2025 is stricken and re–set to a telephone status on January 27, 2025 at 2:00 p.m. To join the telephone hearing please dial 650–479–3207 and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.